UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES,

        -against-　　　　　　　　　　　　　　　　　　　　　　　14-cr-561 (LAK)

RAFAEL DIAZ,

                            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Defendant's motion for early termination of supervised release [Dkt. 75] is denied, substantially for the reasons stated in the government's opposition memorandum [Dkt. 76]. While the Court commends defendant for his apparent compliance with the terms of his supervised release, such compliance is the expectation. Without more, it is not a ground for early termination of the conditions imposed at the time of sentencing.

        SO ORDERED.

Dated:      July 24, 2020

                                              /s/ Lewis A. Kaplan
                                    _____
                                              Lewis A. Kaplan
                                         United States District Judge